RECEIVED

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 20 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(ii)(II) |
| | 18 U.S.C. §§ 1952(a)(1) & (3) |
| v. | |
| REDACTED | 5:26-CR-00197 |
| | Judge Van Hook |
| | Magistrate Judge Hornsby |
| JAMIE MENDOZA (03), | |
| REDACTED | |
| AZAEL LEIJA MEDINA (06), | |
| Defendants | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(ii)(II)]

From on or about January 1, 2023, and continuing through on or about

November 30, 2025, in the Western District of Louisiana, and elsewhere, the defendants,

REDACTED

JAMIE MENDOZA,

REDACTED

**AZAEL LEIJA MEDINA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other

and with other persons, both known and unknown to the Grand Jury, to possess with

intent to distribute a controlled substance, that is, five (5) kilograms or more of a mixture

1

and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II); all in violation of Title 21, United States Code, Section 846.

### COUNT 2
**Use of Interstate Facilities and Travel in Aid of Racketeering**
[18 U.S.C. §§ 1952(a)(1) and (3)]

On or about June 25, 2025, in the Western District of Louisiana, and elsewhere, the defendants,

# REDACTED

**JAMIE MENDOZA, and**
REDACTED

did knowingly travel in interstate commerce and use facilities in interstate and foreign commerce to distribute the proceeds of unlawful activity and otherwise promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, and thereafter performed and attempted to perform an act to distribute the proceeds of unlawful activity, and otherwise promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(1) and (3).

Pursuant to Title 18, United States Code, Section 1952(a), it is further alleged that the use of facilities involved the intent to commit the following crimes: conspiracy to distribute a controlled dangerous substance, in violation of Title 21, United States Code, Section 841(a)(1) and Louisiana Revised Statute 40:967.

## FORFEITURE NOTICE

The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendants, REDACTED REDACTED JAMIE MENDOZA, REDACTED AZAEL LEIJA MEDINA, have an interest.

A.      Upon conviction of a violation of Title 21, United States Code, Sections 846 and 841, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

B.      Upon conviction of a violation of Title 18, United States Code, Section 1952, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Sections 924 and 981(a)(1)(C).

C.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

a.      $511,908.00 in United States currency seized from **JAMIE MENDOZA** REDACTED in Webster Parish, Louisiana on June 25, 2025;

REDACTED

3

c.    $15,000.00  in  United  States  currency  seized  from

<span style="color:red">REDACTED</span>                                                                                          and

**JAMIE MENDOZA** on July 15, 2025.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

<span style="color:red">REDACTED</span>

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
SAMUEL S. CRICHTON
JESSICA D. CASSIDY
ASSISTANT UNITED STATES ATTORNEYS

4